ACCEPTED
01-15-00163-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 10:42:00 AM
CHRISTOPHER PRINE
CLERK

## THE VENZKE LAW FIRM
POST OFFICE BOX 667485
HOUSTON, TEXAS 77266
(713) 522-1190
FACSIMILE (713) 559-0333

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 10:42:00 AM
CHRISTOPHER A. PRINE
Clerk

**John P. Venzke***
jvenzke@comcast.net

*Board Certified Civil Trial Law
Texas Board of Legal Specialization

## REQUEST FOR SUPPLEMENTAL REPORTER'S RECORD PURSUANT TO RULE 34.6(d) TEXAS RULES OF APPELLATE PROCEDURE

July 1, 2015

By email and facsimile transmission and regular mail

Ms. Mindy Hall
Court Reporter, 268th Judicial District Court
301 Jackson Street
Richmond, Texas   77469

> Re:   Cause No. 13-DCV-211293, *Xiangxiang Tang et al vs. Yvonne Tran, et al,*
> in the 268th District Court of Fort Bend County, Texas
>
> No. 01-15-00163-CV; *Xiangxiang Tang v. Klaus Wiegand;* In the First Court of
> Appeals for the First District, at Houston, Texas

Dear Ms. Hall:

This letter is sent to you pursuant to Rule 34.6(d) of the Texas Rules of Appellate Procedure which provides in part that any party may, by letter, "...direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items" from the previously filed reporter's record.

We originally wanted Plaintiff's Exhibit 77, which contained the attorneys' fees invoices designated by Plaintiffs, included in the reporter's record.    You have explained that this Exhibit was not offered into evidence and was therefore not admitted into evidence.

We request that you supplement the reporter's record with the trial exhibit list, or any other document, including but not limited to any Court hearing, you maintained that would reflect that Exhibit 77 was neither offered not admitted into evidence.   We also request that you supplement the record to fully identify Exhibit 77 as the attorneys' fees invoices designated as an exhibit by Plaintiffs.

1

Should there be a charge for this supplemental reporter's record of if you have any questions, please do not hesitate to contact me.

Thank you for your anticipated cooperation.

Sincerely,

John P. Venzke

Cc:   Mr. John Wesley Wauson
      Clerk, First Court of Appeals